UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORDELL GUY,

    Plaintiff,

v.                        Case No. 8:15-cv-754-T-33AEP

NORTHERN LEASING SYSTEMS, INC.,

    Defendant.
_____/

**ORDER**

This matter comes before the Court sua sponte. On May 22, 2015, Defendant Northern Leasing Systems, Inc. filed a Motion to Transfer Venue and Incorporated Memorandum of Law. (Doc. # 19). In support of its requested relief, Defendant filed various exhibits, which include sensitive information such as an individual's social-security number, and bank account information. (See Id.). This information prompted the Clerk to seal Defendant's Motion.

Federal Rule of Civil Procedure 5.2 governs privacy protection for filings made with the Court. Rule 5.2 provides:

> a) REDACTED FILINGS. Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to

>   be a minor, or a financial-account number, a party
>   or nonparty making the filing may include only:
>
>   (1) the last four digits of the social-security
>   number and taxpayer-identification number;
>
>   (2) the year of the individual's birth;
>
>   (3) the minor's initials; and
>
>   (4) the last four digits of the financial-account
>   number.

Fed. R. Civ. P. 5.2. Because Defendant's unredacted exhibits include an individual's social-security number, and bank account information, they fail to comply with Rule 5.2. Thus, the Court finds it appropriate to strike Defendant's Motion and accompanying exhibits. (Doc. # 19). Defendant may refile its Motion with the relevant exhibits properly redacted on or before **May 29, 2015.**

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Clerk is directed to strike Defendant Northern Leasing Systems, Inc.'s Motion to Transfer Venue and Incorporated Memorandum of Law (Doc. # 19).

(2) Defendant may refile its Motion with the relevant exhibits properly redacted on or before **May 29, 2015.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th day of May, 2015.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record