UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 15-cv-754-T-33AEP

CORDELL GUY,

        Plaintiff,

vs.

NORTHERN LEASING SYSTEMS, INC.,

        Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT AND STIPULATION
## FOR DISMISSAL WITH PREJUDICE

    The parties hereby give notice of settlement and agree that Plaintiff's action should be dismissed with prejudice with each party to bear its own costs and attorney's fees, except as otherwise agreed. Further, the parties condition the effectiveness of this stipulation on the Court's entry of an order retaining jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms. See *Anago Franchising, Inc. v. Shazz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

    WHEREFORE, the Plaintiff and Defendant respectfully request that this case be dismissed with prejudice and the Court reserving jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms.

    Respectfully submitted this 3rd day of June 2015.

By:/s/ Christopher Legg                          By: /s/ Mark Hildreth
Christopher W. Legg, Esq.                     Mark Hildreth, Esq.
*Attorney for Plaintiff*                                *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                  By: /s/ *Christopher Legg*
                                       Christopher W. Legg, Esq.